IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELLOYD JOHNSON, 840854, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:04-CV-2602-D |
| ) | |
| DOUGLAS DRETKE, Director TDCJ-CID, ) | |
|     Respondent. ) | |

### ORDER

After conducting a *de novo* review, the court finds that the May 3, 2006 amended findings, conclusions, and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 31, 2006.

                                                 _____
                                                 SIDNEY A. FITZWATER
                                                 UNITED STATES DISTRICT JUDGE